FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PATRICK LYNN RISBECK,<br><br>   Petitioner,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>   Respondent. | Case No. EDCV 12-02165 DOC (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R"). Because Petitioner has failed to file objections, he has waived any challenge to the Magistrate Judge's factual findings. *Robbins v. Carey*, 481 F.3d 1143, 1146 (9th Cir. 2007).

  IT IS ORDERED that:

  1. The Court accepts the findings and recommendation of the R&R.

  2. Judgment shall be entered denying the First Amended Petition and dismissing this action with prejudice.

  3. All pending motions are denied as moot and terminated.

///

///

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this |
| 2 | Order and the Judgment on all counsel or parties of record. |

Dated: June 19, 2013

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE