ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy                    DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy                    DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| PATRICK LYNN RISBECK, | Case No.  EDCV 12-02165 DOC (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: June 18, 2013

_David O. Carter_

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE